## AFFIDAVIT OF SPECIAL AGENT ANTHONY E. MATARESE

I, Anthony E. Matarese, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent employed with the United States Postal Service (USPS), Office of Inspector General (OIG), Northeast Area Field Office. I have been employed as a Special Agent since March 4, 2004, and I am currently assigned to the Woonsocket, RI field office. In June 2004, I graduated the Federal Law Enforcement Training Center, Glynco, GA, where I received extensive training in the area of criminal investigations. Prior to joining the USPS OIG, I served as a United States Probation Officer, for the United States District Court, District of Rhode Island for approximately six and one half years. For the past three years, I have been assigned to investigate Postal employees involved in the theft and/or destruction of the United States Mail, and various types of employee misconduct. I have attended several additional day and week long trainings in the investigation of theft and/or destruction of the United States Mail. In the past three years, I have investigated numerous mail theft and destruction of mail allegations made against Postal employees that have resulted in criminal convictions and the termination of employment.

2. I write this affidavit in support of a criminal complaint charging DENNY GONZALEZ with conspiracy to commit theft of U.S. mail in violation of Title 18, United States Code, Section 371.

## BASIS FOR AFFIDAVIT

3. I base this affidavit on: (a) my personal knowledge and involvement in the investigation; (b) information provided by a confidential informant registered with the USPS OIG; (c) consultation with and information received from other special agents of the USPS OIG; special agents of United States Secret Service; and special agents of the Department of the Treasury, Internal Revenue Service, Criminal Investigations Division, and (d) my personal training and experience as an investigator.

4. This affidavit does not contain all the facts known to the USPS OIG with regard to the individuals, entities, and events described herein.

## SUMMARY OF THE INVESTIGATION

5. As described below, prior investigation revealed that Aracelis Perez ("Perez"), a United States Postal employee, and Ramon Trejo Cid ("Trejo Cid") participated in a scheme to unlawfully procure United States Treasury checks (Treasury checks) from the US mail stream that were not lawfully addressed to either Perez or Trejo Cid. Perez was able to procure the Treasury checks by means of bribing a Confidential Informant (CI). Perez paid the CI, another postal employee, to retrieve the Treasury checks that arrived in the mail that were to be delivered by the CI. Instead of properly labeling the Treasury checks as misaddressed and

returning the Treasury checks to the sender, Perez paid the CI to provide the Treasury checks to Perez. In turn, Perez would pass the Treasury checks to Trejo Cid and unknown others in return for cash. During the investigation Perez was covertly video recorded receiving Treasury checks and other Internal Revenue Service correspondence from the CI. Perez was also audio/video recorded paying the CI for the receipt of the Treasury checks.

## BACKGROUND

6. On November 30, 2009, I received information from Postmaster Dennis Mahoney (Mahoney) of the Acton, MA Post Office (Acton PO) regarding City Letter Carrier, Perez. Perez resides in Lawrence, MA, and entered on duty with USPS on September 3, 2005. According to Postmaster Mahoney, sometime in September 2009, Perez solicited a Confidential Informant (CI), who is a Rural Letter Carrier, to intercept US Treasury checks that were addressed to persons not residing at valid addresses located on the CI's delivery route. On November 30, 2009, Postmaster Mahoney provided me with (11) eleven US Treasury checks that had arrived at the Acton PO. All (11) eleven checks were addressed to individuals who did not reside at the addresses listed on the checks.

7. On November 30, 2009, I interviewed the CI, who informed me that Perez approached the CI sometime in September 2009, and obtained several addresses from the CI's delivery route. Perez explained to the CI that in the next two months, the CI's delivery route would receive what Perez described as government checks addressed to Hispanic individuals not residing at legitimate addresses on the CI's delivery route. Perez requested the CI to retrieve the checks, and provide them to Perez. In return, Perez initially offered the CI $100.00 for each check that the CI retrieved for Perez. Perez had indicated to the CI that she was to receive $200.00 for each check from an unidentified individual, and Perez was going to split the payment with the CI.

## FIRST TRANSFER

8. On December 2, 2009, a covert video camera, with live video feed capabilities and a digital hard drive recorder were installed in the postal truck that was to be assigned to Perez on December 3, 2009.

9. On December 3, 2009, at approximately 6:30 am, I provided the CI with seven of the eleven Treasury checks that I received from Postmaster Mahoney that arrived at the Acton PO on November 30, 2009, to provide to Perez.

10. On December 3, 2009, while in the parking lot of the Donelan's Supermarket, 248 Great Road, Acton, MA, at approximately 10:39 am, while Perez was sitting in her postal truck, I and several special agents participating in the operation, with the aid of the live feed video monitoring device installed in Perez's postal truck, observed the CI exit the CI's postal truck, and hand Perez the Treasury

checks listed above that I previously provided to the CI. This transaction was video recorded. Perez was observed eventually placing the letters into the inside left breast pocket of her USPS jacket.

11. At approximately 1:09 pm, Perez was observed by several special agents via the live feed monitoring device installed in Perez's assigned postal truck, meeting with an unidentified female with dark/tan skin and black hair. Special agents did not observe the manner in which the unidentified female arrived at the meeting with Perez. Special agents did not observe the manner in which the unidentified female left the meeting with Perez.

12. Special Agents observed Perez's activities upon her return to the Acton PO. The agents did not observe Perez return the Treasury checks to the "throw back case" or her letter case. The "throw back case" is an area where mis-addressed, mis-sorted or mis-sent letters are placed by letter carriers when they become aware that they are in possession of mail that fits that description. Later that same evening after Perez departed the Acton PO. Postmaster Mahoney searched the throw back case and Perez's letter case for the Treasury checks, but did not discover any of the checks.

## SECOND TRANSFER

13. On December 4, 2009, at approximately 6:30 am, I provided the CI with three of the eleven Treasury checks that I received from Postmaster Mahoney that previously arrived at the Acton PO on November 30, 2009, to provide to Perez.

14. On December 4, 2009, at approximately 11:41 am, I and several special agents observed via a live feed monitoring device installed in Perez's postal truck, the CI exit the CI's postal vehicle and hand Perez the three Treasury checks that I previously provided to the CI. Shortly thereafter, special agents met with the CI and retrieved an additional Treasury check that the CI had retrieved from her newly arrived mail to be delivered earlier that same morning.

15. At approximately 2:07 pm, while Perez was delivering mail to a cluster box located at the apartments, between addresses 392 and 390 Great Road, Acton, MA, I and other special agents observed a silver Toyota Sienna Mini Van driven by an unidentified female. The unidentified female parked the minivan by the driver's side of Perez's postal vehicle. The unidentified female had tan/dark skin; dark hair pulled back in a pony tail, and was wearing a white top and blue jeans. The unidentified female met with Perez in the brick structure next to the cluster boxes.

16. The unidentified female and an unknown male occupant were observed traveling in the silver Toyota Sienna minivan referenced above, registration MA 8348WS. Further investigation revealed that the vehicle is registered to DENNY GONZALEZ (female), 52A Abbott Street, Lawrence, MA. The unidentified female

was observed driving from 392 Great Road, Acton, MA to 52 Abbott Street, Lawrence, MA. At that time surveillance was terminated.

17. According to Postmaster Mahoney, on the evening of December 4, 2009, he searched the throw back case for any Treasury checks, but did not discover any of the checks. Also, Postmaster Mahoney searched the CI's postal truck when the postal truck was returned and there was no sign of any US currency located in the vehicle.

18. On December 5, 2009, at approximately 6:30 am, special agents and I searched the CI, and the CI's personal vehicle for currency. Several special agents were inside the Acton PO prepared to perform surveillance of Perez and the CI upon their arrival.

19. On December 5, 2009, at approximately 7:00 am, I followed the CI directly to the Acton PO. At approximately 7:05 am, the CI arrived at the Acton PO and entered the building. At approximately 7:12 am, special agents inside the Acton PO observed the CI and Perez enter and soon thereafter exit the women's lavatory. At 7:13 am, I telephoned the CI who informed me that in the moment prior while in the women's lavatory room, Perez handed an envelope to the CI containing $2500 in US currency, in the form of 25 $100 bills.

20. At approximately 10:00 am, I and other special agents followed the CI as the CI traveled from the Acton PO to a prearranged meeting spot, where I and special agents met the CI. The CI provided special agents an envelope containing 25 $100.00 bills. Special agents counted and verified the amount. I placed the envelope containing the $2,500 in a sealed evidence bag.

### THIRD TRANSFER

21. On December 27, 2009, a covert video camera, with live video feed capabilities and a digital hard drive recorder were installed in the postal truck that was to be assigned to Perez on December 28, 2009.

22. On December 28, 2009, at approximately 6:30 am, I provided the CI with three Treasury checks that were received at the Acton PO, on November 30, 2009, on December 4, 2009, and on December 14, 2009. Additionally, I provided the CI with four letters received at the Acton PO on or about December 10, 2009, from the Department of the Treasury, Internal Revenue Service.

23. On December 28, 2009, at approximately 10:46 am, while in the parking lot of the Donelan's Supermarket, 248 Great Road, Acton, MA, I and several special agents participating in the operation, with the aid of the live feed video monitoring device installed in Perez's postal truck, observed the CI exit the CI's postal vehicle. I and several special agents observed the CI walk to Perez's postal vehicle and hand Perez the Treasury checks and the Internal Revenue Service

correspondence listed above that I previously provided to the CI, while Perez was sitting in her postal vehicle. Perez was observed eventually placing the Treasury checks and correspondence in a red bag in her postal truck.

24. On December 28, 2009, at approximately 11:56 am, special agents were conducting surveillance in the vicinity of 52 Abbott Street, Lawrence, MA when special agents observed a black Mazda pickup, Virginia registration, ZK3984, driven by what appeared to be a Hispanic male pull into the driveway of 52 Abbott Street, Lawrence, MA.

25. On December 28, 2009, at approximately 1:50pm, while delivering mail on Perez's delivery route, I and several special agents observed the same black Mazda Pick-up truck, Virginia registration, ZK3984, previously observed in the driveway of 52 Abbott Street, Lawrence, MA, in the vicinity of Perez's location on Davis Road, Acton, MA. The black Mazda pickup truck was later identified as registered to Ramon Trejo Cid, 93 Park Avenue, Grottoes, VA 244412504. I and several special agents observed on the side of the black pickup truck a sign that read, something to the effect of, "Ramon Construction". The black pickup truck was driven by what appeared to be a Hispanic male. Prior to the black pickup truck arriving in the vicinity of Perez's postal vehicle, I and other special agents observed Perez talking on her cell phone, and motioning with her hands in a manner consistent with providing directions. I and special agents observed Perez, via the live video feed, remove the letters that appeared to be the Treasury checks and correspondence letters out of the red bag where she had previously placed them. Special agents observed Perez standing in her postal vehicle when the black Mazda pickup truck pulled up and stopped alongside Perez's postal vehicle. The driver side of the Mazda pickup truck and the driver side of the postal vehicle were facing each other. Both vehicles were alongside each other for approximately one to two minutes. Special agents observed letters being passed from Perez to the driver of the black Mazda pickup truck.

26. Agents later identified the driver of the black Mazda pickup truck as Ramon Trejo Cid through comparison of Mass Registry of Motor Vehicles and Virginia Division of Motor Vehicles photos on file for Ramon Trejo Cid and personal observations of the driver of the black Mazda pickup truck.

27. Special agents followed the black pickup truck on various roads and highways from Acton, MA to the driveway of 52 Abbot Street, Lawrence, MA.

28. On December 30, 2009, at approximately 6:30 am, special agents of the USPS OIG and I searched the CI, and the CI's personal vehicle for currency. Several special agents were staged in the Acton PO prepared to perform surveillance of Perez and the CI upon their arrival.

29. On December 30, 2009, at approximately 7:00 am, special agents followed the CI to the Acton PO. At approximately 7:20 am, special agents stationed inside

the Acton PO observed the CI and Perez enter and, moments later, exit the women's locker room. At approximately 7:25 am, I received a telephone call from the CI who informed me that in the moments prior, while in the women's locker room, Perez paid the CI $750 in US currency.

30. On December 30, 2009, at approximately 9:50 am, special agents and I followed the CI to the Pine Hill Condominiums, Great Road, Acton, MA. The CI provided special agents the envelope containing the $750. Special agents sealed the $750 in an evidence bag and transported the currency to the USPS OIG office in Woonsocket, RI where the currency was logged into evidence.

## FOURTH TRANSFER

31. On January 12, 2010, at approximately 7:00 am, I provided the CI with four Treasury checks that were received at the Acton PO. Additionally, I provided the CI with five letters received at the Acton PO from the Department of the Treasury, Internal Revenue Service.

32. On January 12, 2010, at approximately 10:45 am, while in the parking lot of the Donelan's Supermarket, 248 Great Road, Acton, MA, I and several special agents participating in the operation, with the aid of the live feed video monitoring device installed in Perez's postal truck, observed the CI exit the CI's postal vehicle. I and several special agents observed the CI walk to Perez's postal vehicle and hand Perez the Treasury checks and the Internal Revenue Service correspondence listed above that I previously provided to the CI, while Perez was sitting in her postal truck.

33. Shortly after 10:45 am, I and other special agents observed the same silver Toyota Sienna Mini Van, registration MA 8348WS, that was observed on December 4, 2009 (registered to DENNY GONZALEZ of 52A Abbott Street, Lawrtence, MA), enter the Donelan's Supermarket parking lot. I and several special agents participating in the operation, with the aid of the live feed video monitoring device installed in Perez's postal truck, observed Perez hand the Treasury checks and other correspondence listed above to the female driving the silver Toyota Sienna Mini Van.

34. At that time, I and other special agents arrested Perez and the female driving the silver Toyota Sienna Mini Van. After giving *Miranda* warnings to Perez, she agreed to make a statement. In her statement, Perez admitted that she transferred to the female driving the silver Toyota Sienna Mini Van the Treasury checks and other correspondence listed. The female driving the silver Toyota Sienna Mini Van was identified to be DENNY GONZALEZ. Perez stated that GONZALEZ would pay Perez $500 per stolen Treasury check - the $500 per check was to be paid at a later date.

## CONCLUSION

35. Based upon my knowledge, training, experience and the facts set forth in this Affidavit, I have probable cause to believe that DENNY GONZALEZ has conspired to commit theft of U.S. mail in violation of Title 18, United States Code, Section 371.

Anthony E. Matarese
Special Agent
United States Postal Service, Office of Inspector General

Subscribed and sworn to before me this 12th day of January, 2010

Marianne B. Bowler
United States Magistrate Judge